## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH CAROLINA
## CHARLESTON DIVISION

| | | |
|---|---|---|
| MVP GROUP INTERNATIONAL, LLC | ) | |
| | ) | Civil No. 2:09-CV-02636 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| SUPERVALU, INC. AND NEW | ) | |
| ALBERTSON'S, INC., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

This matter is before the court on plaintiff's motion for summary judgment. Having thoroughly considered the parties' written submissions, the court holds that a genuine issue of material fact exists regarding whether the contract was constructively terminated. Therefore, the court **DENIES** plaintiff's motion for summary judgment and sets jury selection for this case on February 28, 2012.

**AND IT IS SO ORDERED**.

_____
**DAVID C. NORTON**
**UNITED STATES DISTRICT JUDGE**

**January 19, 2012**
**Charleston, South Carolina**

1